■ DAISY SCHIFF, Also Known as DESIREE SCHIFF, Respondent, v MARVIN SCHIFF, Appellant.—Order of the Supreme Court, Nassau County, dated October 23, 1984, affirmed, without costs or disbursements, for reasons stated by Justice Burke at Special Term. Brown, J. P., Weinstein, Niehoff and Spatt, JJ., concur.